Central Refinance Corporation, appellant, v. John Sipich, also known as John Cipic, appellee. Gen. No. 32,654.

Opinion filed June 25, 1928.
Mort D. and Frank Goldberg, for appellant; Mort D. Goldberg, of counsel. Thomas A. Green, for appellee.
Mr. Justice McSurely delivered the opinion of the court.

City of Chicago, appellee, v. O. L. Hagley, appellant. Gen. No. 32,765.

Opinion filed June 25, 1928.
Fyffe & Clarke, for appellant. Samuel A. Ettelson, Corporation Counsel, and M. J. Maloney, Assistant Corporation Counsel, for appellee; Cora B. Hirtzel, Assistant Corporation Counsel, of counsel.
Mr. Justice McSurely delivered the opinion of the court.

Foreman Trust & Savings Bank, administrator of the estate of Kazimir Proscievich, deceased, appellee, v. Grand Trunk Western Railway Company, appellant. Gen. No. 32,070.

Opinion filed June 25, 1928.
Rehearing denied July 9, 1928.
McCordic, Dent & Freeman, for appellant. H. H. Patterson and Charles C. Bodenstab, for appellee.
Mr. Justice Matchett delivered the opinion of the court.

Charles Dickinson Boyles, appellant, v. Charles S. Quinlan, executor of the estate of Albert Dickinson, deceased, et al., appellees. Gen. No. 32,101.

Opinion filed June 25, 1928.
Fisher, Boyden, Kales & Bell, for appellant; Walter L. Fisher, Thomas L. Marshall and David A. Watts, of counsel. Eugene H. Garnett, Loesch, Scofield, Loesch & Richards, Follansbee, Shorey & Shupp, Butler, Lamb, Foster & Pope, Judah, Willard, Wolf & Reichmann and Frances Dickinson, *pro se*, for certain appellees; Eugene H. Garnett, Frank J. Loesch, Edward M. Burke, Paul D. Miller, Lewis J. West and Charles J. Merriam, of counsel.
Mr. Justice Matchett delivered the opinion of the court.